**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Marc GUYTON, also known as Gram Guyton, Defendant–Appellant.**

**No. 14–31423**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 10, 2016.

Sharan E. Lieberman, Kevin G. Boitmann, Assistant U.S. Attorney, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Autumn Alycia Town, Law Office of Autumn Town, New Orleans, LA, for Defendant–Appellant.

Marc Guyton, Yazoo City, MS, pro se.

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Marc Guyton has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Guyton has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Guyton's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, appellant's motion to appoint counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

